RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT  2021 JUN -9  AM 11: 31
SOUTHERN DISTRICT OF NEW YORK

## Mirzo Atadzhanov

_____
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

1. The New York City
Department of Correction
2. The New York City
" See attached "

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes   ☒ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

United States District Court
Southern District of New York

Mirzo Atadzhanov
Plaintiff

-against-

1. The New York City
Department of Correction
2. The New York City
3. John Doe
4. John Doe
5. John Doe
6. John Doe
7. John Doe
8. John Doe
9. John Doe
10. John Doe
11. John Doe
12. John Doe
13. John Doe,

14. John Doe
15. John Doe

Defendants,

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

*Mirzo*                                    *Atadzhanov*

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

*13834776H*

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

*North Infirmary Command*

Current Place of Detention

*1500 Hazen Street*

Institutional Address

*Queens*                    *NY*              *11370*

County, City                         State            Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:   *"The New York City Department*

First Name          Last Name          Shield #

*of Correction*

Current Job Title (or other identifying information)

*75-20 Astovia Blvd*

Current Work Address

*Queens          NY          11370*

County, City          State          Zip Code

Defendant 2:   *The New York City*

First Name          Last Name          Shield #

Current Job Title (or other identifying information)

*"City Hall"*

Current Work Address

*New York          NY          10007*

County, City          State          Zip Code

Defendant 3:   *John          Doe          9034*

First Name          Last Name          Shield #

*Correctional officer*

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Defendant 4:   *John          Doe*

First Name          Last Name          Shield #

*Correctional officers*

Current Job Title (or other identifying information)

Current Work Address

County, City          State          Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: North Infirmary Command

Date(s) of occurrence: 3/27/21, 3/28/21, 3/29/21, "See attached"

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 03/25/21 a doctor switched me on puree-diet. Since that date, I do not get, getting partially or getting 'old' puree-diet food. All these led me to a condition of starvation and loss of weight. If it not of my food from a commisary shop I would starve harsher and would loss weight.

Despite I wrote multiple grievances, The Departmen of Correction failed to fix wrongdoing. The Department Knew that its employee failed to deliver my food or they used to deliver old food but failed to fix the wrong. Its also failed to properly train their empoyees.

"See attached".

# Attachment 1

## Facts:

I submitted grievances but the Department of Correction never timely responded on them. I appealed multiple times to the superintendent of the facility but he never responded. I appealed then multiple times to the "CORC" but it never responded back. Thus, I exhausted my administrative remedies

On 4/26/21, I submitted a complaint via "311"-service regarding that I didn't get my puree-diet food at breakfast. This complaint was forwarded to the Mayor's office as well to the Department of Correction.

On 5/10/21, I submitted another complaint, which was forwarded to the Mayor's office regarding I got on that day a puree-diet food at break-

-2-

- fast without labeled dates on plastic cups. This indicated that food could be old. The "311" confir- -mation number is EC_00290357.

Then, later on that day, at lunch, I agained received my food without labeled dates on containers. I called "311" and an operator forwarded my complaint to the Mayor's office.

I'm suing multiple correctional officers named "John Doe" because I don't know their names and shield numbers. I'm suing them because of the following reasons: 1. They were on the post at my housing unit when I didn't get my food but failed to provide me with one, thus commi- -ting wrongdoing. 2. Officers at the mess- - hall of our facility also failed to fix wrongdoing after being notified

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Since my arrest, I presumably was 200 pound of weigh. Since this insuffi-cient diet happened, I suffered starvation and loss of weight.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Presumably, I should weigh 200 pounds but now I weigh 160 pounds, I demand 40.000 US dollars for every pound I tossed. Lost in general damages.

I demand 10.000 US dollars in spe-cial damages for emotional, mental and physical suffering.

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 05 / 24 / 21 | |
| Dated | Plaintiff's Signature |
| *Mirzo* | *Ladzhanov* |
| First Name       Middle Initial | Last Name |
| *1500 Hazen St* | |
| Prison Address | |
| *Queens* | *NY*       *11370* |
| County, City | State       Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Attachment B

Form: #7101R., Eff.: 09/19/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Mirzo Abdukhanov | Book & Case #: 1411802809 | NYSID # (optional): |
| Facility: NIC | Housing Area: 6 South | Date of incident: 05/25/21 | Date Submitted: 05/25/21 |

**Request or Grievance:** On 05/05/21 I submitted an appeal to the CORC. I didn't get they response. I exhausted my ad-ministrative remedies.

**Action Requested by inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by IGRP staff?  ☐ Yes  ☑ No
Do you need the IGRP staff to write the grievance or request for you?  ☐ Yes  ☑ No
Have you filed this grievance or request with a person or other agency?  ☐ Yes  ☑ No
Did you require the assistance of an interpreter?  ☐ Yes  ☑ No

**Inmate's Signature:** _(signature)_  **Date of Signature:** 05/25/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Hadzhanov | MJ1 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/05/21 | 05/05/21 |

**Request or Grievance:** On 04/27/21, I appealed to the warden un answered grievance. I didn't get a response. I'm appealing to the CORC.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

**Inmate's Signature** [signature]   **Date of Signature** 05/05/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadzhanov | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| VIC | 6 South | 04/27/21 | 04/27/21 |

**Request or Grievance:** On 04/19/21 I submitted a grievance with the OICES regarding that I got an old-food at breakfast and lunch. I didn't get a response. I'm appealing to the warden.

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** [signature]   **Date of Signature:** 04/27/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |
| | | |

ATTACHMENT-B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/19/21

**Date Submitted:** 04/19/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/19/21, I got an old puree-diet food at breakfast and lunch. Particularly, I got milk dated 04/17/21 which is 2 days old. In addition, I received a rice-pudding with the same date as milk.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 04/19/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/19/12, Ref.: Dir. #3376 - page 1 

## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Hadzhanov | 141 1803 169 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| WIC | 6 South | 06/08/21 | 06/08/21 |

**Request or Grievance:** On 05/19/21 I submitted an appeal to the ORC. I didn't get a response. I exhausted my administrative re-medies.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _____   **Date of Signature:** 06/08/21

| Time Stamp Below: | Grievance #: and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



### City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Atadzhanov | 141 802809 | |
| Facility: | Hearing Area: | Date of incident: | Date Submitted: |
| NIC | 6 South | 05/19/21 | 05/19/21 |

**Request or Grievance:** On 05/11/21, I submitted an appeal to the Warden. I didn't get a response. I'm appealing to the CORC.

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☒ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☒ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☒ |
| Did you require the assistance of an interpreter? | ☐ | ☒ |

Inmate's Signature: _____   Date of Signature: 05/19/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

**Attachment B**

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Aladzhanov | 1411 802 809 | | |
| **Facility:** | **Housing Area:** | **Date of Incident:** | **Date Submitted:** |
| NIC | 6 South | 05/11/21 | 05/11/21 |

**Request or Grievance:** On 05/03/21, I submitted a grievance with the IGRC regarding that I got an old food. I didn't receive any response. I'm appealing to the warden.

**Action Requested by Inmate:**

#### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _(signature)_           **Date of Signature:** 05/11/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

ATTACHMENT "B"

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/03/21

**Date Submitted:** 05/03/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 05/03/21, I received my puree-diet food at breakfast. However, the plastic containers were labeled with following dates: 04/30/21 and 05/01/21, indicating that it was old-food.

**Action Requested by Inmate:** I need fresh food

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** [signature]

**Date of Signature:** 05/03/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Hadzhanov | M118-02509 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/31/21 | 05/31/21 |

**Request or Grievance:** On 05/31/21, I submitted an appeal to the CORC. I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 05/31/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 08/10/12, Ref.: Dir. #3376 - page 1



### City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Vodzhabov | 1411802803 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/11/21 | 05/11/21 |

**Request or Grievance:** On 05/03/21 I submitted an appeal to the warden. I didn't get the response. I'm appealing to the CORC.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an Interpreter? | ☐ | ☑ |

Inmate's Signature: _____     Date of Signature: 05/11/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



### City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Nadzhmova | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/03/21 | 05/03/21 |

**Request or Grievance:** On 04/23/21, I submitted a grievance with the OCRS regarding an old food. I didn't get a register. I'm appealing to the warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

Inmate's Signature: _____     Date of Signature: 05/03/21

| Time Clock Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

ATTACHMENT B.1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 14118

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/23/21

**Date Submitted:** 04/23/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/23/21, I got my puree-diet food at breakfast labeled 04/20/21. So, I got an old food.

**Action Requested by Inmate:** Pls, I need a fresh-food

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** [signature]

**Date of Signature:** 04/23/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



### City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mireo Atadehanev | 1111 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/20/21 | 05/20/21 |

**Request or Grievance:** On 04/30/21 I submitted an appeal to IGRC—IGRC. I didn't get a response. I exhausted my administrative remedies

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

Inmate's Signature: _____   Date of Signature: 05/20/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Hadzhaper | 1411 802 803 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| N/C | 6 South | 04/30/21 | 04/30/21 |

**Request or Grievance**

On 04/22/21 I submitted an appeal
to the Warden I didn't get a
response I'm appealing to the CORC

**Action Requested by Inmate**

**Please read below and check the correct lines**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or appeal with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

Inmate's Signature: _____   Date of Signature: 04/30/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment 8

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirza Khalchalor | 1911 802 829 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| MIC | 6 South | 04/22/21 | 04/22/21 |

**Request or Grievance:** On 04/14/21 I submitted a grie-vance to the OCGS regarding that I didn't get my pureed diet food at breakfast. I didn't get a res-ponse from the OCGS. I'm appealing to the Warden

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 04/22/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

ATTACHMENT B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** N I C

**Housing Area:** 6 South

**Date of Incident:** 04/14/21

**Date Submitted:** 04/14/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/11/21, I didn't get my puree-diet at breakfast. I left without my food.

**Action Requested by Inmate:** Pls fix this problem

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** [signature]

**Date of Signature:** 04/14/21

## FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

### THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/18/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Miro Hadzhamov | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| MIC | 6 South | 05/21/21 | 05/21/21 |

**Request or Grievance**

On 05/03/21 I submitted an appeal to the CORC. I didn't get a response. My administrative remedies.

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | | ☐ | ☑ |
| Did you require the assistance of a translator? | | ☐ | ☑ |

Inmate's Signature:  _____      Date of Signature: 05/21/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/19/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Miro Hadehame | WI 802 809 | | |
| Facility: | Housing Area: | Date of Incident: | Time Submitted: |
| NIC | 6 South | 05/03/21 | 05/03/21 |

**Request or Grievance:** On 04/23/21 I appealed to the warden unanswered grievance. The warden didn't responde as well. I'm appealing to the CORC.

**Action Requested by Inmate**

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

**Inmate's Signature:** _[signature]_     **Date of Signature:** 05/03/21

| Time Stamp Below: | Attention Co and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadzhanov | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 04/23/21 | 04/23/21 |

**Request or Grievance** On 04/15/21 I submitted a grie-
vance to the OCGS regarding that I
didn't get an egg-so/al. I I didn't re-
ceive a response.
I'm appealing to the warden

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 04/23/21

| Time Stamp Below: | Reference and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

ATTACHMENT "B"

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Aladzhanov | Book & Case #: 1411 802 809 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of Incident: 04/15/21 | Date Submitted: 04/15/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/15/21, at lunch, I got my puree-diet food partially. Specifically, I didn't get an egg-salad in the puree-form.

The general-population got this salad. I didn't.

**Action Requested by Inmate:** Fix this issue.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 04/15/21 |
|---|---|

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Shadchanov | 1411 802 809 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 06/01/21 | 06/01/21 |

**Request or Grievance:** On 05/12/21 I submitted an appeal to the IGRC. I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☑ |
| Have you filed this grievance or request with a court or other agency? | | ☑ |
| Did you require the assistance of an interpreter? | | ☑ |

Inmate's Signature: _____     Date of Signature: 06/01/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo A ladzhanov | 1411K02809 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/12/21 | 05/12/21 |

**Request or Grievance:** On 05/04/21, I submitted an appeal with the warden. I didn't get response from him. I'm appealing to the CORC.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

|  | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☑ |
| Have you filed this grievance or request with a court or other agency? | | ☑ |
| Did you require the assistance of an interpreter? | | ☑ |

Inmate's Signature: _____  Date of Signature: 05/12/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment 8

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadzhamy | WIL 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| MIC | 6-South | 05/04/21 | 05/04/21 |

**Request or Grievance:** On 04/25/21, I submitted a grievance with the GRGS regarding that I didn't get fresh food. Instead I get two days old food. I didn't get a response. I'm appealing to the Warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

|  | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require this assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____     Date of Signature: 05/04/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
|  | Inmate Grievance and Request Program Staff's Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo A Ladzhanov

**Book & Case #:** 14118 02 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/25/21

**Date Submitted:** 04/25/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/25/21, at breakfast, I got my puree-diet food. However, the food containers were dated 04/23/21. So, I got two-days old food.

**Action Requested by Inmate:** Pls, I need fresh food.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** _[signature]_

**Date of Signature:** 04/25/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadzhanov | 141 202 803 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/25/21 | 05/25/21 |

**Request or Grievance:** On 05/25/21 I submitted an
appeal to the CORC I didn't get
any response. I exhausted my administrative
remedies

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | | ☐ | ☑ |
| Did you require the assistance of an interpreter? | | ☐ | ☑ |

**Inmate's Signature:** _____   **Date of Signature:** 05/25/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction
# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mira Hadzhanov | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/05/21 | 05/05/21 |

**Request or Grievance:** On 04/27/21, I submitted an appeal to the Warden. I didn't get a response. I'm appealing to the CORC.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☑ No |
| Do you need the IGRP staff to write the grievance or request for you? | | ☑ No |
| Have you filed this grievance or request with a court or other agency? | | ☑ No |
| Did you require the assistance of an interpreter? | | ☑ No |

**Inmate's Signature:** _____   **Date of Signature:** 05/05/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadchanov | 1411 802 809 | |
| Facility: | Hearing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 04/27/21 | 04/27/21 |

**Request or Grievance:** On 04/18/21  I submitted a grie-
-vance with the IGRP regarding that I
got an old-food for breakfast and
lunch. I didn't get a response.
I'm appealing to the warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _[signature]_   **Date of Signature:** 04/27/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhonov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** N/C

**Housing Area:** 6 South

**Date of Incident:** 04/18/21

**Date Submitted:** 04/18/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/18/21, I got milk containers dated 04/17/21. So, I got an old milk for breakfast and lunch.

**Action Requested by Inmate:** Pls, fix this issue. I need a fresh meal.

### Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐  No ☑

Have you filed this grievance with a court or other agency?   Yes ☐  No ☑

Did you require the assistance of an interpreter?   Yes ☐  No ☑

**Inmate's Signature:** _[signature]_

**Date of Signature:** 04/18/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**Attachment B**

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Aladzhanov | 1411802109 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/25/21 | 05/25/21 |

**Request or Grievance:** On 05/05/21 I submitted an appeal for the WCRC. I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by ICRP staff? | | ☐ | ☑ |
| Do you need the ICRP staff to write the grievance or request for you? | | ☐ | ☑ |
| Have you filed this grievance or statute with a court or other agency? | | ☐ | ☑ |
| Did you require the assistance of an interpreter? | | ☐ | ☑ |

**Inmate's Signature:** _____   **Date of Signature:** 05/25/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3378 - page 1



### City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo A. Ladzhanov | 1411 802 119 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/05/21 | 05/05/21 |

**Request or Grievance:** On 04/27/21 I submitted an appeal to the Warden I didn't get an response. I'm appealing to the CORC.

**Action Requested by Inmate**

#### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of a translator? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 05/05/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Aladzhanov | 1411 803 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 04/27/21 | 04/27/21 |

**Request or Grievance:** On 04/17/21 I submitted a grievance with the OCGS regarding that I didn't get my pulse-diet food. I didn't get a response. I'm appealing to the Warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 04/27/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Atadzhanov | Book & Case #: 1411802809 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of Incident: 04/17/21 | Date Submitted: 04/17/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/17/21, at lunch-time, I suppos-ed to get a taco-shells with a turkey ground in a puree form. The general population got taco-shells with the turkey ground. I didn't.

**Action Requested by Inmate:** Fix the delivery of my food.

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: 04/17/21 |
|---|---|

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



### City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Atadzhanov | 1411 802809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 06/08/21 | 06/08/21 |

**Request or Grievance:** On 05/19/21 I submitted an appeal with the CORC. I didn't get a response in a timely manner I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 06/08/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



### City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Aladzhanov | 1411802803 | | |
| **Facility:** | **Housing Area:** | **Date of Incident:** | **Date Submitted:** |
| NIC | 6 South | 05/19/21 | 05/19/21 |

**Request or Grievance:** On 05/11/21, I submitted an appeal with the Warden I did'nt get a response. I'm appealing to the CORC.

**Action Requested by Inmate:**

#### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by ICRP staff? | ☐ | ☑ |
| Do you need the ICRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _(signature)_     **Date of Signature:** 05/19/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Aladzhanov | 1411 802 809 | |
| **Facility:** | **Housing Area:** | **Date of Incident:** | **Date Submitted:** |
| NIC | 6 South | 05/11/21 | 05/11/21 |

**Request or Grievance:** On 05/02/21, I submitted a
grievance with the OCGS regarding
that I received old food. didn't
get a response. I'm appealing to the Warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _____   **Date of Signature:** 05/11/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

ATTACHMENT "B-1"



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov  **Book & Case #:** 1411 802 809  **NYSID #:**

**Facility:** NIC  **Housing Area:** 6 South  **Date of Incident:** 05/02/21  **Date Submitted:** 05/02/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 05/02/21 I got an old puree-diet food, labeled 04/30/21 at breakfast. Specifically I got an old milk and a Rise-pudding.

**Action Requested by Inmate:** Please fix this issue.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**   **Date of Signature:** 05/02/21

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Atadzhanov | 1411802809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/28/21 | 05/28/21 |

**Request or Grievance:** On 5/10/21 I submitted an appeal to the IGRP. I didn't get any response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____ Date of Signature: 05/28/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hadzhanov | 1411 802 809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| N/C | 6 South | 05/10/21 | 05/10/21 |

**Request or Grievance:** On 04/30/21 I submitted an appeal to the Warden I didn't get a response. I'm appealing to the CORC.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

**Inmate's Signature:** _____   **Date of Signature:** 05/10/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Aladzhanov | 141 1802809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| NIC | 6 South | 04/30/21 | 04/30/21 |

**Request or Grievance:** On 04/22/21 I submitted a grievance with the OCGS regarding old food. I didn't get a response in a timely manner. I'm appealing to the warden.

**Action Requested by Inmate:**

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ✓ |
| Do you need the IGRP staff to write the grievance or request for you? | | ✓ |
| Have you filed this grievance or request with a court or other agency? | | ✓ |
| Did you require the assistance of an interpreter? | | ✓ |

Inmate's Signature: _____   Date of Signature: 04/30/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/22/2021

**Date Submitted:** 04/22/2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/22/2021, I got my puree-diet food at breakfast labeled 04/20/2021. So, I got an old food, which potentially could cause food poisoning.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** 04/22/2021

**Date of Signature:**

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Aladzhanov | 1411802 809 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| N/C | 6 South | 05/17/21 | 05/17/21 |

**Request or Grievance:** On 04/26/21, cdor submitted an appeal to the CORC. didn't get a response in a timely manner, I exhausted my administrative remedies.

**Action Requested by Inmate**

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____     Date of Signature: 05/17/21

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 1



## City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Atadzhanov | 141 802 809 | |
| **Facility:** | **Housing Area:** | **Date of Incident:** | **Date Submitted:** |
| NIC | 6 South | 04/26/21 | 04/26/21 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the good faith exception is applied. Prior to going, the inmate filing the grievance or request must personally prepare the statement of proposed action by Inmate Grievance and Request Program (IGRP) staff. IGRP staff will time-stamp and issue the grievance/request a reference number and also the date of submission. The inmate is provided a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** On 04/16/21, I submitted an appeal to the Warden. I didn't get a response. So I'm appealing to the "CORC."

**Action Requested by Inmate**

### Please read below and check the correct box:

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | | ☐ | ☑ |
| Did you require the assistance of an interpreter? | | ☐ | ☑ |

Inmate's Signature: _____   Date of Signature: 04/26/21

**For DOC & the IGRP Only:**
IGRP RETAINS THE DOUBLE SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 south

**Date of Incident:** 04/16/21

**Date Submitted:** 04/16/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/08/21 I submitted a grievance with the OCGS. I didn't get a response. I'm appealing to the Warden of the facility.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:**

**Date of Signature:** 04/16/21

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | | |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: *Mirzo Azadzhoenov* | Book & Case #: *1411802803* | NYSID # (optional): |
|---|---|---|
| Facility: *N/C* | Housing Area: *6 South* | Date of Incident: *04/06/21* | Date Submitted: *04/08/21* |

All grievances and requests must be submitted within ten business days after the incident occurred, unless additional time is granted. If the inmate fails to do so, the grievance or request must personally appeal to a Supervisor. Inmate shall, if at all times, any and all the Inmate Grievance and Request Program (IGRP) staff shall mark all the stamp and issue it to prepare a request reference number to track and ship his/her statement or a copy of this form as a record of its receipt within two business days after receiving it.

Request or Grievance: *On 04/06/21, I didn't get my puree-diet food at lunch.*

Action Requested by Inmate: *P/s fid it*

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: *[signature]*          Date of Signature: *04/07/21*

For DOC Correct Use Only
IGRP RETAINS THE ORIGINAL OF THIS FORM AS AN ADMINISTRATIVE RECORD.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/16
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 4/9/21

**Date Submitted:** 4/9/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

I got my teeth taken out.
I'm supposed to be getting a special Diet.
I have not been getting any food.
I am Hungry and losing weight

**Action Requested by Inmate:**

For DOC to give me the food I'm supposed to get.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☐

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 4/9/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
|  | Office of Constituent and Grievances Services Coordinator/Officer Signature: |  |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov   **Book & Case #:** 1411802809   **NYSID #:**

**Facility:** NIC   **Housing Area:** 6 South   **Date of Incident:** 4/17/21   **Date Submitted:** 4/17/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

On 4/9/21 I submitted a grievance
I have not been given a resolution
I would like to Appeal this grievance.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**   **Date of Signature:** 4/17/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Hadzhanov | Book & Case #: 1411 802 803 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of Incident: 4/28/21 | Date Submitted: 4/28/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

On 4/17/21 I opended my grievance to OCGS. I have not recieved any response. I would like to appeal to the Warden of NIC.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☑   No ☐

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an Interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 4/28/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Aladzhanov | Book & Case #: 141 102 109 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of Incident: 5/3/21 | Date Submitted: 5/3/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The Inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

On 4/28/21 I appealed my grievance to the warden of NIC. Reply their their is still no resolution. I would like to appeal this grievance to the Assistant chief

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 5/3/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Aladzhanov | Book & Case #: 1411/802 809 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of incident: 5/25/21 | Date Submitted: 5/25/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:**

On 5/3/21 I appealed my grievance to the assitant chief I have not recieved any response or Resolution. I would like to appeal to CORC to reach a resolution.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☑ | No ☐ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 5/25/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): | |
|---|---|---|---|
| Mirzo Hadzhanov | 1411802809 | | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 South | 05/21/21 | 05/21/21 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition of complaint is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue to submitter a request reference number in docket and shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** On 05/03/21 I submitted an appeal to the CORC. I didn't get any response. I exhausted my administrative remedies.

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ | ☐ |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ | ☐ |
| Have you filed this grievance or request with a court or other agency? | | ☐ | ☐ |
| Did you require the assistance of an interpreter? | | ☐ | ☐ |

Inmate's Signature: _____ Date of Signature: 05/21/21

**FOR DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORD.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

**Attachment B**

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Aladzhanov | 14118028 09 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| NIC | 6 South | 05/03/21 | 05/03/21 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the conditions of confinement prohibit this. Before going, the inmate filing the grievance or request must personally prepare the statement. Upon receipt of the written grievance or request, the IGRP staff shall. IGRP staff within twenty four hours shall stamp and issue the grievance / request reference number and shall immediately provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** On 04/22/21 I submitted an appeal to the Warden I didn't get any response I'm not appealing to the CORC.

**Action Requested by Inmate**

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☐ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☐ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☐ |

Inmate's Signature: _____  Date of Signature: 05/03/21

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1 

City of New York – Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Atadzhanov | 1411802809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 south | 04/22/21 | 04/22/21 |

All grievances and requests must be submitted within ten business days after the incident or concern, unless the resolution of items is pending. The inmate filing the grievance or request may personally prepare the statement or have Inmate Grievance and Request Program (IGRP) staff. IGRP staff will time-stamp and issue the grievance/request a reference number to track and shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** On 4/13/21 I submitted a grievance, regarding that I got an cold. I didn't get a response from the OCGS. I'm appealing to the Warden.

**Action Requested by Inmate**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ Yes | ☑ No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ Yes | ☑ No |
| Have you filed this grievance or request with a court or other agency? | ☐ Yes | ☑ No |
| Did you require the assistance of an interpreter? | ☐ Yes | ☑ No |

Inmate's Signature: _____  Date of Signature: 04/22/21

**For DOC (IGRP) Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORD;
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 4/13/21

**Date Submitted:** 4/13/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 4/13/21, I got an old-milk and other food, which was also old. The date on my cups was 4/11/21. So, it passed 2 days before I got my puree-diet food.

**Action Requested by Inmate:** F-11 this issue.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** _[signature]_

**Date of Signature:** 04/13/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #**

**Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



## City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Mirzo Hladzhanor | 1411802809 | |
| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
| NIC | 6 south | 05/20/21 | 05/20/21 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**

On 04/30/21, I submitted an appeal to the CORC. I didn't get any response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature:                                      Date of Signature: 05/20/21

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: *Mirzo Atadzhanov* | Book & Case #: *141KD2809* | NYSID # (optional): |
|---|---|---|
| Facility: *NIC* | Housing Area: *6 South* | Date of Incident: *04/30/21* | Date Submitted: *04/30/21* |

All grievances and requests must be submitted within ten business days after the incident occurred. Unless the condition is ongoing, the inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue a grievance/request reference number, or provide staff to the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** *On 04/22/21, I submitted an appeal to the warden. I didn't get the response. I'm appealing to the CORC*

**Action Requested by Inmate**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☐ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☐ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☐ |

Inmate's Signature: _____     Date of Signature: _____

**For DOC/IGRP Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FORM AS ADMINISTRATIVE RECORD.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

Attachment B

Form: #7101R, Eff.: 09/10/12, Ref.: Dir. #3376 – page 1.



## City of New York – Department of Correction
# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Mirzo Aladzhanov | Book & Case #: 1411802808 | NYSID # (optional): |
|---|---|---|
| Facility: NIC | Housing Area: 6 South | Date of Incident: 04/22/21 | Date Submitted: 04/22/21 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition is still on-going. If the inmate files the grievance or request, must personally prepare the statement or reconciliation by Inmate Grievance and Request Program (IGRP) staff. IGRP staff will time stamp and issue the grievance/request reference number (GRRN) and shall provide the inmate with a copy of this form as a record of receipt within two business days after receiving it.

**Request or Grievance:** On 04/14/21 I submitted a grievance with the OCGS regarding that I got an old-food. I didn't get any response. So I'm appealing to the Warden.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☑ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☑ |
| Have you filed this grievance or request with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

Inmate's Signature: _____ Date of Signature: 04/22/21

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/14/21

**Date Submitted:** 04/14/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21, I got my puree-diet food, which was dated 04/13/21. So, I received old food.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:**

**Date of Signature:** 04/14/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Khadzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/10/21

**Date Submitted:** 05/10/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/13/21 I submitted an appeal with the "CORC". I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 05/10/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411 102 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 south bb

**Date of Incident:** 04/19/21

**Date Submitted:** 04/19/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/08/21 I submitted an appeal to the warden of the NIC regarding an unanswered grievance. I didn't get a response. I'm appealing to the CORC.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:**

**Date of Signature:** 04/19/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Alaedzhanov

**Book & Case #:** 1411802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6-5

**Date of Incident:** 4/8/21

**Date Submitted:** 4/8/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/31/21 I submitted a grievance with the OCGS regarding that I got my puree-diet food partially. I didn't get a response. Therefore I'm appealing to the Superintendent of the NIC facility

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:**

**Date of Signature:** 04/08/21

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov   **Book & Case #:** 1411 802 809   **NYSID #:**

**Facility:** NIC   **Housing Area:** 2D   **Date of Incident:** 3/31/21   **Date Submitted:** 3/31/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/31/21, I'm supposed to get a puree diet food at breakfast. I got everything besides a plastic cans of soy-milk. I supposed to get my milk everyday.

**Action Requested by Inmate:** P/s, fix this problem. I need milk too. Th.u.

## Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** [signature]   **Date of Signature:** 3/31/3

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**   **Grievance Reference #**   **Category:**

Office of Constituent and Grievances Services Coordinator/Officer Signature:

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 141 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 3/27/21

**Date Submitted:** 05/04/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/12/21, I appealed to the CORC unanswered grievance-appeal by the warden of ONIC. I didn't get a response from the "CORC". I exhausted my administrative remedies

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:** [signature]

**Date of Signature:** 05/04/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzhanov

**Book & Case #:** 1411 102 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 3/27/21

**Date Submitted:** 04/12/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/04/21 I appealed to the Warden of the NIC an unanswered grievance. However I didn't get a response. I'm appealing to the "CORC".

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:**

**Date of Signature:** 04/12/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| Mirzo Alazhanov | 1411802 809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| N/C | 6 South | 04/04/21 | 04/04/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/28/21 I submitted a grievance with The OCGS regarding that on 3/27/21 at dinner, I didn't get my puree-diet food However, I didn't receive a response in a timely manner. Therefore, I'm appealing to the Superintendent of the facility.

**Action Requested by Inmate:** P/s fix this issue

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|
| | 04/04/21 |

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Inmate's Name: **Mirzo Aladzhonov**   Book & Case #: **1411802809**   NYSID #:

Facility: **NIC**   Housing Area: **2D**   Date of Incident: **3/27/2021**   Date Submitted: **3/28/2021**

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: On 3/27/2021, I didn't receive my liquid diet food for dinner. I received on that day my liquid diet for lunch. On 3/25/21, I asked a doctor who conducted a sick-call to switch me to liquid diet. I'm in need of this diet because i don't have molar teeths. I can't chew a solid food.

Action Requested by Inmate: Switch me on liquid diet ASAP pls. Thd!

## Please read below and check the correct box:

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

Inmate's Signature: _[signature]_   Date of Signature: **3/28/2021**

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411 802 803

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/05/21

**Date Submitted:** 05/05/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21, I appealed to the "CORC". I didn't get a response. I exhausted my administrative re-medies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 05/05/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Ulodzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/14/21

**Date Submitted:** 04/14/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/04/21, I submitted an appeal to the warden of the NIC facility. I didn't get a response. I'm appealing to the "CORC."

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

**Inmate's Signature:**

**Date of Signature:** 04/14/21

## FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

### THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT-B-1**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| Mirzo Atadzhanov | 1411802 809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| N/C | 6 South | 04/04/21 | 04/04/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/28/21 I submitted a grievance with The OCGS regarding that on 3/27/21 at dinner, I didn't get my puree-diet food. However, I didn't receive a response in a timely manner. Therefore, I'm appealing to the Superintendent of the facility.

**Action Requested by Inmate:** P/S fix this issue

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|
| | 04/04/21 |

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** N I C

**Housing Area:** 2D

**Date of Incident:** 3/27/2021

**Date Submitted:** 3/28/2021

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/27/2021 I didn't receive my liquid diet food for dinner. I received on that day my liquid diet for lunch. On 3/25/21, I asked a doctor who conducted a sick-call to switch me to liquid diet. I'm in need of this diet because I don't have molar teeths. I can't chew a solid food.

**Action Requested by Inmate:** Switch me on liquid diet ASAP pls. Thd !

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** [signature]

**Date of Signature:** 3/28/2021

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT -B-1**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov    **Book & Case #:** 1411 802 809    **NYSID #:**

**Facility:** NIC    **Housing Area:** 6 South    **Date of Incident:** 05/12/21    **Date Submitted:** 05/12/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/21/21, I submitted the grie-vance-appeal to the "CORC". I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _[signature]_    **Date of Signature:** 05/12/21

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 141 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/21/21

**Date Submitted:** 04/21/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/10/21 I submitted the grievance appeal to the Warden of the NIC facility. I didn't get a response. I'm appealing to the "CORC".

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 04/21/21

## FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/10/21

**Date Submitted:** 04/10/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/03/21 I submitted a grievance with the OCGS. I didn't get a response I'm appealing to the Superintendent of the facility

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:**

**Date of Signature:** 04/10/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT - B**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hadzhanov   **Book & Case #:** 1411802809   **NYSID #:**

**Facility:** NIC   **Housing Area:** 2 D   **Date of Incident:** 04/02/21   **Date Submitted:** 04/03/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/02/21, at lunch I didn't get my puree diet food. I'm losing weight.

**Action Requested by Inmate:** P/s fix this problem.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** _(signed)_   **Date of Signature:** 04/02/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT -B-1**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Atadzhanov | Book & Case #: 1411 802 809 | NYSID #: |
|---|---|---|

| Facility: N/C | Housing Area: 6 South | Date of Incident: 05/05/21 | Date Submitted: 05/05/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21, I appealed to the CORC regarding my unanswered grievance. I didn't get a response. I exhausted administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: 05/05/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| Mirzo Hadzhanov | 1411 802 809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| NIC | 6 South | 04/14/21 | 04/14/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/04/21 I submitted the appeal grievance regarding that I didn't get response from the OCGS. I appealed to the warden I didn't get a res-pense. I'm appealing to the CORC

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|
| | 04/14/21 |

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hadzhanov

**Book & Case #:** 1411/202 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/04/21

**Date Submitted:** 04/04/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/28/21 I submitted a grievance with the OCGS regarding I didn't get my special-diet food at breakfast and lunch on 3/28/21.

However, I didn't get a response from the OCGS. Therefore, I'm appealing to the Superintendent of the Facility.

**Action Requested by Inmate:** Fix this issue

---

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☐ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** [signature]

**Date of Signature:** 04/04/21

---

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT - B



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Inmate's Name: Mirzo Aladzhanov

Book & Case #: 1411 802 809

NYSID #:

Facility: NIC

Housing Area: 2b

Date of Incident: 3/28/21

Date Submitted: 3/28/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: I didn't receive my liquid diet food for breakfast and lunch as well. I'm lacking molar teeths and can't chew a solid food.

Action Requested by Inmate: To Get my liquid diet food ASAP.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

Inmate's Signature: _[signature]_

Date of Signature: 3/28/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION

### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov

**Book & Case #:** 141l 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/10/21

**Date Submitted:** 05/10/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/19/21 I submitted the appeal grievance to the "CORC". I didn't get a response. I exhausted my administrative re--medies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:**

**Date of Signature:** 05/10/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzbanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 south

**Date of Incident:** 04/19/21

**Date Submitted:** 04/19/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/08/21, I submitted the appeal grievance to the warden of NIC. I didn't get a response. I'm appealing to the "CORC."

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:** _[signature]_

**Date of Signature:** 04/19/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/01/21

**Date Submitted:** 04/08/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/01/21 I submitted a grievance with the OCGS regarding that on 3/31/21 I didn't get my special diet food. Particu-larly, I didn't get sausages and salad in the puree form. I'm losing weight. I didn't get a response from the OCGS. Therefore, I'm appealing to the Super-intendent of the facility

**Action Requested by Inmate:** Fix this issue pls.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 04/08/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | | |
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

## CITY OF NEW YORK - DEPARTMENT OF CORRECTION



### OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: *Mirzo Aladzhanov* | Book & Case #: *1411802809* | NYSID #: |
|---|---|---|

| Facility: *N/C* | Housing Area: *2D* | Date of Incident: *3/31/21* | Date Submitted: *04/01/21* |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: *On 3/31/21, I didn't fully get my pure diet food. Particularly, I didn't get sausages and salad! So, I didn't get any meat and salad. I'm starving.*

Action Requested by Inmate: *P/s, fix this problem*

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: *04/01/21* |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Fiadzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/10/21

**Date Submitted:** 05/10/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/19/21 I appealed to the "CORC" the unanswered grievance-appeal by the warden of the NIC. I didn't get a response from the CORC. I exhausted my administrative reme-dies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 05/10/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov    **Book & Case #:** 1411 802 809    **NYSID #:**

**Facility:** NIC    **Housing Area:** 6 South    **Date of incident:** 04/19/21    **Date Submitted:** 04/19/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/08/21 I appealed to the Warden of the NIC the unanswered grievance. I didn't get a response. I'm appealing to the "CORC"

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** _(signed)_    **Date of Signature:** 04/19/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov

**Book & Case #:** 1411802809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 south

**Date of Incident:** 04/08/21

**Date Submitted:** 04/08/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/01/21, I submitted a grievance with the OCGS regarding I didn't get my speciel-diet food at breakfast. however I didn't get a response from the OCGS! Therefore I'm appealing to the Sueper-intendent of the Facility.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 04/08/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT-B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Atadzhanov | Book & Case #: 1411802809 | NYSID #: |
|---|---|---|

| Facility: N/C | Housing Area: 2D | Date of incident: 04/01/21 | Date Submitted: 04/01/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: On 04/01/21 I supposed to get my pure diet food @ breakfast. However, my special diet food didn't make it today. I'm starving. P/s fix this issue.

Action Requested by inmate: Please, fix ontime delivery of my food.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

| Inmate's Signature: | Date of Signature: 04/01/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/16
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| Mirzo Atadzhanov | 1411 802 809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| NIC | 6 South | 05/06/21 | 05/06/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21 I submitted the appeal to the CORC regarding that I didn't get a response from the warden of NIC. I didn't get a response from the CORC. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|
| | 05/06/21 |

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hadzhmol **Book & Case #:** 141 302 809 **NYSID #:**

**Facility:** NIC **Housing Area:** 6 South **Date of Incident:** 04/14/21 **Date Submitted:** 04/14/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/05/21 I appealed to the warden of the NIC the unanswered grievance. I didn't get a response from the Warden. I'm appealing to the CORC

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** _[signature]_ **Date of Signature:** 04/14/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP** | **Grievance Reference #** | **Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

ATTACHMENT -B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov  **Book & Case #:** 1411802809  **NYSID #:**

**Facility:** NIC  **Housing Area:** 6 South  **Date of Incident:** 04/05/21  **Date Submitted:** 04/05/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/30/21 I submitted a grievance regarding I didn't get my special-diet food at the breakfast on 3/29/21. However, I didn't get response from the OCGS in timely manner. Therefore I'm appealing to the Superin- -tendent of the facility.

**Action Requested by Inmate:** Fix my special-diet food delivery.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:**  **Date of Signature:** 04/05/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:XX/XX/20
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov

**Book & Case #:** 1411802800

**NYSID #:**

**Facility:** NIC

**Housing Area:** 2D

**Date of Incident:** 3/29/21

**Date Submitted:** 3/30/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/29/21, I didn't get my liquid diet food at the breakfast. I'm losing weight

**Action Requested by Inmate:** Fix delivery of my liquid diet food

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

**Inmate's Signature:** 3/29/21

**Date of Signature:**

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

**ATTACHMENT -B-1**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Atadzhanov | Book & Case #: 141 802 803 | NYSID #: |
|---|---|---|

| Facility: N/C | Housing Area: 6 South | Date of Incident: 05/17/21 | Date Submitted: 05/17/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/26/21, I submitted an appeal to the "CORC". I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 05/17/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT-B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**
**INMATE STATEMENT FORM**

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hadzhanov  **Book & Case #:** 141 802 809  **NYSID #:**

**Facility:** NIC  **Housing Area:** 6 South  **Date of Incident:** 04/26/21  **Date Submitted:** 04/26/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/15/21, I submitted an appeal to the Superintendent of the NIC facility. I didn't get a response. I'm appealing to the "CORC"

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

**Inmate's Signature:**  **Date of Signature:** 04/26/21

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Atadzhanov

**Book & Case #:** 1411 202 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 04/15/21

**Date Submitted:** 04/15/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/08/21 I have submitted a grievance with The OCGS. I didn't get a response. I'm appealing to the Super-intendent.

**Action Requested by Inmate:**

### Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☑ | ☐ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

**Inmate's Signature:**

**Date of Signature:** 04/15/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B-1



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzhanov

**Book & Case #:** 1411802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 2 D

**Date of Incident:** 04/04/21

**Date Submitted:** 04/08/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/04/21 I didn't get my puree diet food at breakfast.

**Action Requested by Inmate:** P/S fid this issue!

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:**

**Date of Signature:** 04/05/21

### FOR DOC OFFICE USE ONLY

### OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

#### THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT-B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hladzanov

**Book & Case #:** 1411 802 829

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/05/21

**Date Submitted:** 05/05/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21, I submitted an appeal to the "CORC". I didn't get any response. I exhausted administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:**

**Date of Signature:** 05/05/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
|  | Office of Constituent and Grievances Services Coordinator/Officer Signature: |  |

**ATTACHMENT -B-1**

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Aladzhanov | Book & Case #: 141 802 829 | NYSID #: |
|---|---|---|

| Facility: N/C | Housing Area: 6 South | Date of Incident: 04/14/21 | Date Submitted: 04/14/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/05/21, I submitted an appeal to the warden of the N/C facility. I didn't get a response. I'm appealing to the "CORC"

**Action Requested by Inmate:**

**Please read below and check the correct box:**

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☑ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☑ | No ☑ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☑ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☑ |

| Inmate's Signature: | Date of Signature: 04/14/21 |
|---|---|

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/16
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Aladzhanov **Book & Case #:** 1411802809 **NYSID #:**

**Facility:** NIC **Housing Area:** 6 South **Date of Incident:** 04/05/21 **Date Submitted:** 04/05/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/30/21, I submitted a grievance regarding I didn't get my special-diet food at the breakfast on 3/29/21. However, I didn't get response from the OCGS in timely manner.
Therefore, I'm appealing to the Superin-tendent of the facility.

**Action Requested by Inmate:** Fix my special-diet food delivery.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☑

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☑

Have you filed this grievance with a court or other agency? Yes ☐ No ☑

Did you require the assistance of an interpreter? Yes ☐ No ☑

**Inmate's Signature:** **Date of Signature:** 04/05/21

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:XX/XX/20
Ref.: Dir. 3376R-A

Inmate's Name: Mirzo Aladzhanov

Book & Case #: 1411802809

NYSID #:

Facility: NIC

Housing Area: 2D

Date of Incident: 3/29/21

Date Submitted: 3/30/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: On 3/29/21, I didn't get my liquid diet food at the breakfast. I'm losing weight

Action Requested by Inmate: Fix delivery of my liquid diet food

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐  No ☑

Have you filed this grievance with a court or other agency?   Yes ☐  No ☑

Did you require the assistance of an interpreter?   Yes ☐  No ☑

Inmate's Signature: 3/29/21

Date of Signature:

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B-1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Mirzo Hadzhanov

**Book & Case #:** 1411 802 809

**NYSID #:**

**Facility:** NIC

**Housing Area:** 6 South

**Date of Incident:** 05/05/21

**Date Submitted:** 05/05/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 04/14/21, I submitted an appeal to the CORC regarding my puree-died food which was polluted. I didn't get a response. I exhausted my administrative remedies.

**Action Requested by Inmate:**

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☐

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☐

Have you filed this grievance with a court or other agency?  Yes ☐  No ☐

Did you require the assistance of an interpreter?  Yes ☐  No ☐

**Inmate's Signature:**

**Date of Signature:**

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
|  | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

ATTACHMENT B1

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: | Book & Case #: | NYSID #: |
|---|---|---|
| Mirzo A Ladzhanov | 1411 802 809 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| NIC | 6 South | 04/14/21 | 04/14/21 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: On 04/04/21, I submitted an appeal to the warden of the NIC facility but didn't get any response. That appeal was regarding polluted food. I'm appealing to the CORC

Action Requested by Inmate:

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: |
|---|---|
| | 04/14/21 |

### FOR DOC OFFICE USE ONLY

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: Mirzo Atadzhanov | Book & Case #: 1411 802 809 | NYSID #: |
|---|---|---|

| Facility: NIC | Housing Area: 6 South | Date of Incident: 04/04/21 | Date Submitted: 04/04/21 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/28/21 I submitted a grievance with the OCGS regarding that on 3/28/21 I got my special-diet food polluted. Specifically, an apple sauce contained a spit pollutant. I didn't get a response. Inmates Peters Dominique and Matthew Karelefsky witnessed that. I'm appealing to the Superintendent of the facility

**Action Requested by Inmate:** Pls. fix this issue

---

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:** [signature]   **Date of Signature:** 04/04/21

---

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7401R
Eff.: 2/25/20
Ref.: Dir. 3376R-A

Inmate's Name: Mirzo Atadzhanov

Book & Case #: 1411 802 809

NYSID #:

Facility: NIC

Housing Area: 2.0

Date of Incident: 3/28/21

Date Submitted: 3/28/21

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** On 3/28/21, during dinner-meal I received my liquid diet food. When I opened an apple souce can, I saw a pollutant resembling spit, within the can. Multiple inmates witnessed that.

**Action Requested by Inmate:** To stop polluting food.

__Please read below and check the correct box:__

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐  No ☑

Have you filed this grievance with a court or other agency?   Yes ☐  No ☑

Did you require the assistance of an interpreter?   Yes ☐  No ☑

Inmate's Signature: [signature]

Date of Signature: 3/28/21

### FOR DOC OFFICE USE ONLY
OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

# Affidavit of Affirmation

I Park James, have witnessed that Atadzhanov Mirzo didn't get his puree-diet food on the fo-llowing date: 05/02/2021

James Park

Subscribed to and sworn/affirmed before me this _____4th_____ day of

_____May_____ , 2021

OLGA L. RIVERA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6383962
BRONX COUNTY
Commission Expires 12/03/2022

Affidavit of Affirmation

I, Matho Passneo, have witnessed that Atadzhanov Mirzo since he was transferred to a 6 south-housing unit on about 04/05/2021 didn't get, got partially or got an old food. The Mirzo Atadzhanov is on a puree-diet. So, from his admission to the housing-unit and up to this 02ⁿᵈ day of May, 2021, every single day he has issues with his puree-diet food. He either don't getting it, getting partially or getting one or two days old food. If it not but his food from a commisary shop, he would starving.

Subscribed to and sworn before me this 4th day of May 2021.

OLGA L. RIVERA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6383962
BRONX COUNTY
Commission Expires 12/03/2022









From: Mirzo Aladzhanov
1411802809
1500 Hazen St, East
Elmhurst, NY 11370



Pro Se   JCR

RECEIVED
JUN 07 2021
CLERK'S OFFICE
S.D.N.Y.



Legal mail

To: United States
District Court
Southern District
of New York
500 Pearl St,
NY, NY 10007