```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
MIRZO ATADZHANOV, :
:
:
Plaintiff, :
: 21-cv-5098 (LJL)
-v- :
: ORDER
:
THE NEW YORK CITY DEPARTMENT OF :
CORRECTION et al, :
:
Defendants. :
:
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff requested an extension of time until April 8, 2022 to file his opposition papers to Defendants' motion to dismiss the amended complaint. Dkt. No. 37. Defendants have no objection to Plaintiff's proposed extension. Dkt. No. 38.

    Plaintiff's request for an extension is GRANTED. Plaintiff's opposition papers to Defendants' motion to dismiss the amended complaint are due by April 8, 2022.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.


    SO ORDERED.


Dated: February 15, 2022
       New York, New York
                                                            LEWIS J. LIMAN
                                                 United States District Judge