```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MIRZO ATADZHANOV,                                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :          21-cv-5098 (LJL)
        -v-                                                        :
                                                                   :               ORDER
THE NEW YORK CITY DEPARTMENT OF                                    :
CORRECTION et al,                                                  :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has requested that the Court extend the deadline to file opposition papers to Defendants' motion to dismiss from April 8, 2022 to May 12, 2022. Dkt. No. 41. Plaintiff's letter indicates that Defendants consent to the request. *Id.*

      The request is GRANTED. Plaintiff shall have until May 12, 2022 to file an opposition to Defendants' motion to dismiss.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.


      SO ORDERED.

Dated: March 29, 2022
       New York, New York                              _____
                                                                   LEWIS J. LIMAN
                                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2022