UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                    :

MIRZO ATADZHANOV,                                   :

                                 Plaintiff,                :
                                                         :          21-cv-5098 (LJL)
      -v-                                            :
                                                         :            <u>ORDER</u>
THE NEW YORK CITY DEPARTMENT OF    :
CORRECTION et al,                                 :

                               Defendants.            :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In a letter dated April 18, 2022 (and entered on the docket on April 22, 2022), Plaintiff Mirzo Atadzhanov ("Plaintiff") represented to the Court that he was having difficulty visiting the law library at the Elmira Correctional Facility. Dkt. No. 44. On April 26, 2022, the Court ordered Defendants to report to the Court the efforts they have made to assist Plaintiff in getting access to the law library or, in the alternative, why the Court should not order them to assist Plaintiff in getting access to the law library. Dkt. No. 45. On May 10, 2022, Defendants informed the Court that Plaintiff is currently in State custody and is no longer in custody of the New York City Department of Correction. Dkt. No. 47.

      Meanwhile, in a letter dated April 22, 2022 (and entered on the docket on April 28, 2022), Plaintiff informed the Court that his address had been changed from the Elmira Correctional Facility to the Attica Correctional Facility. Dkt. No. 46.

      Accordingly, by **May 24, 2022**, Plaintiff is hereby ORDERED to file a letter informing the Court whether he has been able to access the law library at the Attica Correctional Facility and, if not, what steps he has taken to try to get access to the law library.


      SO ORDERED.

Dated: May 11, 2022                                              _____
      New York, New York                                     LEWIS J. LIMAN
                                                               United States District Judge