```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MIRZO ATADZHANOV,                                                  :
                                                                   :
                              Plaintiff,                           :
                                                                   :           21-cv-5098 (LJL)
          -v-                                                      :
                                                                   :                ORDER
THE NEW YORK CITY DEPARTMENT OF                                    :
CORRECTIONS, et al.,                                               :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

In a letter dated August 3, 2022, filed on August 8, 2022, and entered on the docket on August 9, 2022, Plaintiff requests permission to file a sur-reply.  Dkt. No. 55.

The request is GRANTED.  Plaintiff shall have until August 22, 2022 to file a sur-reply.

SO ORDERED.

Dated: August 10, 2022
       New York, New York                                 _____
                                                                   LEWIS J. LIMAN
                                                            United States District Judge