```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mirzo Atadzhanov,                                           :
                                                            :
                              Plaintiff,                    :
                                                            :
              - against -                                   :
                                                            :
                                                            :
New York City Department of Correction, et al.,             :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023

21-cv-5098 (LJL) (RWL)

**TELEPHONE CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This case has been referred to me for Settlement. A telephone conference will be held on **March 22, 2023, at 10:30 a.m.** in advance of a settlement conference. The parties are instructed to review and adhere to Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties shall call the teleconference line at **(888)-398-2342** and enter access code: **9543348**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2023
      New York, New York