```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Mirzo Atadzhano,                                            :
                                                            :
                                    Plaintiff,              :
                                                            :
            - against -                                     :
                                                            :
                                                            :
New York City Department of Correction., et al.,            :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023

21-cv-5098 (LJL) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby scheduled for **April 25, 2023, at 9:30 a.m. to be conducted via Microsoft Teams. A link will be emailed to the parties one week, prior to the conference. Plaintiff attorney please provide this order to the warden of Attica, so the pro se inmate may participate via telephone for this conference. The call in number is (646)-453-4442, and enter access code 986568044#.** The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than April 18, 2023, by 5:00 p.m.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 3/8/2023
       New York, New York

Copies transmitted this date to all parties of record.