

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Min Kyung Cho**
phone: 212-356-0872
email: mcho@law.nyc.gov

April 18, 2023

**BY ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023

       Re:    <u>Mirzo Atadzhanov v. New York City Department of Correction, et al.,</u>
                21-CV-5098 (LJL)(RWL)

Dear Judge Lehrburger:

       I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, in the above-referenced action.  I write with consent of Plaintiff's pro bono counsel to respectfully request an adjournment of the settlement conference scheduled for April 25, 2023, at 9:30 a.m.

       There are several reasons for the requested adjournment.  As an initial matter, I very recently provided notice of my resignation from the New York City Law Department and my last day with this office will be on April 20, 2023.  As such, I will be requesting to leave to withdraw as counsel for Defendants by the end of this week.  An adjournment would allow this office to assign a new attorney and to permit the newly assigned attorney additional time to learn the facts of this case, review any discovery exchanged to date, and prepare for the settlement conference. In addition, an adjournment of the settlement conference will enable Defendants to receive and produce to Plaintiff additional documents in discovery that may make settlement discussions more fruitful.  To date, Defendants have received some but not all records relating to the Plaintiff and the provision of his special meal, and are still awaiting Plaintiff's inmate file and several North Infirmary Command's weekly therapeutic lists.  The New York City Department of Correction has advised that it anticipates being able to provide those to this office for production to Plaintiff's counsel during the week of April 24, 2023.  For these reasons, I respectfully request that the settlement conference scheduled for April 25, 2023, be adjourned to a date in mid-May or a later date convenient for the Court.

- 1 -

This is Defendants' first request for an adjournment of the settlement conference. As stated above, I have spoken with Plaintiff's counsel, and they do not object to the proposed request. The parties propose the following dates: May 11, 2023, May 16, 2023, May 17, 2023, or a later date convenient for the Court. The parties will endeavor to continue to engage in settlement discussions in the interim and attempt to resolve this matter without the need for Court intervention.

I appreciate the Court's consideration of this matter.

Respectfully,

_____/s/ Min Kyung Cho_____
Min Kyung Cho
Assistant Corporation Counsel

To:    All counsel of record
       (via ECF)

Request granted.  The settlement conference is adjourned to a date to be set in coordination with my Courtroom Deputy.

SO ORDERED:

4/18/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE