```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MIRZO ATADZHANOV,                                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       21-cv-5098 (LJL)
        -v-                                                        :
                                                                   :           ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Plaintiff's counsel has filed a motion to withdraw as counsel.  Dkt. No. 99.  The Court schedules a telephone conference on the motion with the parties on July 20, 2023, at 3:00 p.m. Plaintiff should be present at the conference.

       SO ORDERED.

Dated: July 6, 2023
       New York, New York                                    LEWIS J. LIMAN
                                                                            United States District Judge