```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MIRZO ATADZHANOV,                                                    :
                                                                     :
                            Plaintiff,                               :
                                                                     :          21-cv-5098 (LJL)
             -v-                                                     :
                                                                     :               ORDER
CITY OF NEW YORK et al.,                                             :
                                                                     :
                            Defendants.                              :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference in this matter yesterday with all parties in attendance, including Plaintiff.  Minute Entry (July 19, 2023).  Plaintiff requested that the Court dismiss the action with prejudice and to close the case.  Defendants have no objection to Plaintiff's request.

      It is hereby ORDERED that this action is DISMISSED WITH PREJUDICE.  Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.  The Clerk of Court is respectfully directed to close Dkt. Nos. 99 and 104 and to close the case.

      SO ORDERED.

Dated: August 2, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/2/2023